450 A.2d 210

Commonwealth v. Sellmon, Jr., Appellant.
Petition for Allowance of Appeal
Denied Nov. 15, 1982.

Submitted January 13, 1982. Richard S. Levine, Assistant Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before HESTER, BECK and VAN der VOORT, JJ.

Judgment of sentence affirmed.